FILED
2019 Jan-04 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SAMANTHA NICOLE TERRIEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 5:17-cv-1761-LCB |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM OPINION AND ORDER**

The magistrate judge entered a report (Doc. 14) on December 14, 2018, recommending that the Court reverse the decision of the Commissioner of the Social Security Administration to deny claimant's claim for disability insurance and supplemental security income benefits and remand the case to the Commissioner for further consideration. The parties were notified of their right to file objections within fourteen days of the report and recommendation. No objections have been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court concludes that the Commissioner's failure to acknowledge the medical evidence that supports claimant's allegations regarding her pain and limitations associated with her

Crohn's disease and to include those limitations in her residual functioning capacity determination was not based on substantial evidence.

Accordingly,

IT IS ORDERED that the magistrate judge's report and recommendation (Doc. 14) is hereby ADOPTED and INCORPORATED by reference herein.

IT IS FURTHER ORDERED that claimant's request that the decision of the Commissioner be reversed and this action be remanded to the Commissioner of the Social Security Administration is GRANTED. A separate judgment will be entered separately.

**DONE** and **ORDERED** this January 4, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE